UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VINCENT RUSSELL,<br><br>       Plaintiff,<br><br> v.<br><br>DAVID WAYNE KIMBALL,<br><br>       Defendant. | Case No. C23-500-LK-SKV<br><br>ORDER GRANTING PLAINTIFF'S REQUESTS FOR EXTENSION OF TIME |

This is a civil rights action proceeding under 42 U.S.C. § 1983. Plaintiff recently submitted to the Court for consideration two requests for an extension of time. Dkts. 14, 15. Plaintiff's requests appear to relate to the Pretrial Scheduling Order entered by this Court on July 11, 2023. *See id*. That Order established a discovery deadline of October 13, 2023, and a dispositive motion filing deadline of November 13, 2023. *See* Dkt. 13. Plaintiff now seeks a two-month extension of those deadlines because he was recently transferred from the Whatcom County Jail to the Washington Corrections Center, and he claims that all of his legal documents were lost in the process. *See* Dkts. 14, 15. Defendant has not responded in any fashion to Plaintiff's requests.

ORDER GRANTING PLAINTIFF'S
REQUESTS FOR EXTENSION OF
TIME - 1

While the pending deadlines are still somewhat distant, Plaintiff cannot be expected to proceed with discovery if he does not have access to his legal materials.  Moreover, Defendant has not opposed the requested extension suggesting that he will not be prejudiced by the delay.  The Court therefore deems it appropriate to grant the requested extension.

Accordingly, the Court hereby ORDERS as follows:

(1) Plaintiff's requests for an extension of the pretrial deadlines previously established in this case (Dkts. 14, 15) are GRANTED.  The discovery deadline is extended to ***December 12, 2023***, and the dispositive motion filing deadline is extended to ***January 12, 2024***.

(2) The Clerk is directed to send copies of this Order to Plaintiff together with copies of his complaint (Dkt. 6), Defendant's answer (Dkt. 11), and the Court's original Pretrial Scheduling Order (Dkt. 13).  The Clerk is further direct to send copies of this Order to counsel for Defendant, and to the Honorable Lauren King.

DATED this 11th day of August, 2023.

S. KATE VAUGHAN
United States Magistrate Judge

ORDER GRANTING PLAINTIFF'S
REQUESTS FOR EXTENSION OF
TIME - 2